JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE LUIS RUVALCABA, | ) | No. CV 16-6864-DOC (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| NEIL McDOWELL, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: September 28, 2016

_____
DAVID O. CARTER
United States District Judge